

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2019

No. 04-17-00778-CR

Marco **TULIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10853
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

On July 9, 2018, appellant's appointed counsel filed a brief on behalf of appellant in which he challenged the sufficiency of the evidence to support appellant's conviction for aggravated assault of a child and indecency with a child by contact. This court ultimately rendered an opinion and judgment on December 5, 2018, in which we overruled appellant's complaint and affirmed the trial court's judgment of conviction. No motion for rehearing was filed.

On January 2, 2019, appellant filed a pro se motion in this district court, which was forwarded to and filed in this court, asking for an extension of time to file a pro se brief in response to counsel's *Anders* brief. However, as noted above, counsel did not file an *Anders* brief; but filed a substantive brief raising a point of error challenging the sufficiency of the evidence to support the conviction. Accordingly, appellant was not entitled to file a pro se brief. We therefore **DENY AS MOOT** appellant's motion for extension of time to file a pro se brief.

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2019.



_____

KEITH E. HOTTLE,
Clerk of Court